HOWE vs. FRAZER.

APPEAL FROM THE COURT OF THE FIRST JUDICIAL DISTRICT.

In actions of slander, when there is no question of law involved, the questions of fact and *quantum* of damages are so peculiarly the province of the jury, that their verdict will not be disturbed, unless manifest injustice has been done.

This is an action of slander, in which the plaintiff alleges, the defendant maliciously slandered, and with a view to injure his reputation and character, falsely, and maliciously stated, in the presence of divers persons, charging him with being a robber, and had robbed his boat; meaning the steamboat Romeo. He alleges he has sustained damage to the amount of three thousand dollars, for which he prays judgment.

The defendant excepted to the petition, for want of certainty in its allegations, which was sustained, and leave given to amend.

The defendant then pleaded a general denial, and want of amicable demand.

Upon the testimony produced, the jury returned a verdict of five hundred dollars for the plaintiff. From judgment confirming the verdict, the defendant appealed.

*M'Kinney,* for the plaintiff.

*Haines,* for the defendant.

*Bullard, J.,* delivered the opinion of the court.

This is an action of slander. The defendant is charged with having called the plaintiff a robber and a thief, and with having robbed his boat. The jury found a verdict for five hundred dollars, and the defendant has appealed. No question of law has been presented to this court; and as it relates to the questions of fact, and quantum of damages, they are so peculiarly of the province of the jury, that this court will not interfere, unless it should appear manifestly, that injustice has been done. Nothing has been shown which would authorize our disturbing the verdict.

The judgment is, therefore, affirmed with costs.